United States District Court
Southern District of Texas
**ENTERED**
July 15, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHELLE LEGALL-JOHNSON and WILLIAM M. JOHNSON, JR., § § § Plaintiffs, § § v. § § JPMORGAN CHASE BANK NATIONAL ASSOCIATION, JPMORGAN CHASE & CO., THUY FRAZIER, CINDY MENDOZA, and McCARTHY AND HOLTHUS, LLP, § § § § § § § Defendants. § | CIVIL ACTION NO. H-22-1560 |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.'s Motion to Dismiss for Failure to State a Claim, this action is **DISMISSED WITH PREJUDICE.**

Costs will be taxed against Plaintiffs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 15th day of July, 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE