United States District Court
Southern District of Texas
**ENTERED**
November 28, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHELLE LEGALL-JOHNSON AND WILLIAM JOHNSON,, *Plaintiffs,* | § § § § | |
| V. | § § | CIVIL ACTION NO. 4:22-cv-1560 |
| JP MORGAN CHASE BANK N.A., ET AL., *Defendants.* | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated October 31, 2022 (ECF 16), Plaintiff Legall's untimely objections thereto (ECF 17), and Defendant's response to the objections (ECF 18), the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court in full.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. The court will issue a separate Amended Final Judgment.

**SIGNED** at Houston, Texas this 28th day of November, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE